## Commonwealth *v.* Kasher, Appellant.

Submitted December 3, 1973. *William F. Ochs, Jr.,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Deputy District Attorney, and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Keller, Appellant.

Argued December 4, 1973. *Clyde W. Waite,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, with him *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.